# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-2752
Lower Tribunal No. 2025-DP-000058

_____

In the Interest of O.C.T., a child.

S.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

March 12, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and KAMOUTSAS, JJ., concur.


David Maldonado, of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Appellate Division, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED